United States Bankruptcy Court

Southern District of Florida

| | |
|---|---|
| In re: | Case No. 21-10569-AJC |
| Maria D Madrigal | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 23, 2021 | Form ID: 318 | Total Noticed: 50 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maria D Madrigal, 10491 SW 216 Street, Apt 207, Miami, FL 33190-1607 |
| cr | + | Orion, PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 96045037 | + | Cutler Vistra Preservation, LP, 10491 SW 216th Street, Miami, FL 33190-1689 |
| 96045042 | + | DUNN LAW, P.A, 66 WEST FLAGLER STREET, SUITE 400, Miami, FL 33130-1807 |
| 96045045 | | Jackson Memorial Hospital, PO Box 864735, Orlando, FL 32886-4735 |
| 96045046 | + | Juan Munoz, 10160 NW 19th Ave, #333, Miami, FL 33147-1318 |
| 96045048 | + | KENDALL CREDIT, PO BOX 404665, Atlanta, GA 30384-4665 |
| 96045050 | | Lvnv Funding Llc, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 96045051 | + | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 96045054 | + | ROI, PO BOX 549, Lutherville Timonium, MD 21094-0549 |
| 96045055 | + | Sequium Asset Solutions, LLC, 1130 Northchase Parkway, Suite 150, Marietta, GA 30067-6429 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: FJCALDERIN | Apr 24 2021 02:18:00 | Jacqueline Calderin, 1825 Ponce De Leon Blvd #358, Coral Gables, FL 33134-4418 |
| smg | | EDI: FLDEPREV.COM | Apr 24 2021 02:18:00 | Florida Department of Revenue, POB 6668, Tallahassee, FL 32314-6668 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Apr 24 2021 01:11:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| cr | + | EDI: LCITDAUTO | Apr 24 2021 02:18:00 | TD Auto Finance, LLC, c/o Bertis A. Echols, III, 1715 Aaron Brenner Drive, Suite 800, Memphis, TN 38120-1445 |
| 96045023 | + | EDI: RMSC.COM | Apr 24 2021 02:18:00 | AEO/SYNCHRONY BANK, PO BOX 960013, Orlando, FL 32896-0013 |
| 96045024 | + | EDI: GMACFS.COM | Apr 24 2021 02:18:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 96045026 | + | EDI: TSYS2.COM | Apr 24 2021 02:18:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 96045030 | + | EDI: CCS.COM | Apr 24 2021 02:18:00 | CCS, Payment Processing Center, PO Box 55126, Boston, MA 02205-5126 |
| 96045025 | | EDI: CITICORP.COM | Apr 24 2021 02:18:00 | AT&T Universal Card, PO Box 182564, Columbus, OH 43218-2564 |
| 96045027 | + | EDI: CAPITALONE.COM | Apr 24 2021 02:18:00 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 96045028 | + | EDI: RMSC.COM | Apr 24 2021 02:18:00 | Care Credit, Po Box 960061, Orlando, FL 32896-0061 |
| 96045029 | + | Email/Text: bankruptcy@cavps.com | Apr 24 2021 01:12:00 | Cavalry Port, 500 Summit Lake Drive, Valhalla, NY 10595-2322 |

| District/off: 113C-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 23, 2021 | Form ID: 318 | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| 96045031 | + | EDI: WFNNB.COM | Apr 24 2021 02:18:00 | Comenitybank/ny&co, Po Box 182789, Columbus, OH 43218-2789 |
| 96045032 | + | EDI: WFNNB.COM | Apr 24 2021 02:18:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 96045033 | + | EDI: WFNNB.COM | Apr 24 2021 02:18:00 | Comenitybk/amrsign, Po Box 182789, Columbus, OH 43218-2789 |
| 96045034 | + | EDI: WFNNB.COM | Apr 24 2021 02:18:00 | Comenitycb/hsn, Po Box 182120, Columbus, OH 43218-2120 |
| 96045035 | + | EDI: WFNNB.COM | Apr 24 2021 02:18:00 | Comenitycb/zales, Po Box 182120, Columbus, OH 43218-2120 |
| 96045036 | + | EDI: CRFRSTNA.COM | Apr 24 2021 02:18:00 | Credit First N A, Pob 81315, Cleveland, OH 44181-0315 |
| 96045041 | | EDI: CITICORP.COM | Apr 24 2021 02:18:00 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 96045038 | + | Email/Text: Bankruptcy@dcfcu.org | Apr 24 2021 01:12:00 | Dade County Fcu, 1500 Nw 107th Ave, Sweetwater, FL 33172-2706 |
| 96045039 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 24 2021 01:12:00 | Dept Of Ed/582/nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 96045040 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 24 2021 01:12:00 | Deptednelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 96045043 | + | EDI: FSAE.COM | Apr 24 2021 02:18:00 | Firstsource Advantage, LLC, PO Box 628, Buffalo, NY 14240-0628 |
| 96045044 | + | EDI: PHINAMERI.COM | Apr 24 2021 02:18:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 96045047 | + | EDI: PRA.COM | Apr 24 2021 02:18:00 | Juliana Rodriguez, c/o Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 96045049 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 24 2021 01:10:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 96045052 | + | EDI: PRA.COM | Apr 24 2021 02:18:00 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 96045053 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Apr 24 2021 01:13:00 | Quest Diagnostics, Po Box 740781, Cincinnati, OH 45274-0781 |
| 96045056 | + | EDI: RMSC.COM | Apr 24 2021 02:18:00 | Syncb, Po Box 965064, Orlando, FL 32896-5064 |
| 96045057 | + | EDI: RMSC.COM | Apr 24 2021 02:18:00 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 96045058 | + | EDI: RMSC.COM | Apr 24 2021 02:18:00 | Syncb/hsn, Po Box 965017, Orlando, FL 32896-5017 |
| 96045059 | + | EDI: RMSC.COM | Apr 24 2021 02:18:00 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 96045060 | + | EDI: RMSC.COM | Apr 24 2021 02:18:00 | Syncb/oldn, Po Box 965005, Orlando, FL 32896-5005 |
| 96045061 | + | EDI: RMSC.COM | Apr 24 2021 02:18:00 | Syncb/pandora, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 96045062 | + | EDI: RMSC.COM | Apr 24 2021 02:18:00 | Syncb/smrtcn, Po Box 965005, Orlando, FL 32896-5005 |
| 96045063 | + | EDI: RMSC.COM | Apr 24 2021 02:18:00 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 96045064 | + | EDI: RMSC.COM | Apr 24 2021 02:18:00 | Synch/Paypal, PO Box 965003, Orlando, FL 32896-5003 |
| 96045065 | + | EDI: LCITDAUTO | | |

| | | |
|---|---|---|
| District/off: 113C-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 23, 2021 | Form ID: 318 | Total Noticed: 50 |

|  |  |  |  |
|---|---|---|---|
| | | Apr 24 2021 02:18:00 | Td Auto Finance, Po Box 9223, Farmington, MI 48333-9223 |
| 96045066 | + EDI: WFFC.COM | | |
| | | Apr 24 2021 02:18:00 | Wf Bank Na, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 25, 2021                             Signature:          /s/Joseph Speetjens

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Maria D Madrigal** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3752 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Southern District of Florida** | | |
| Case number:   21–10569–AJC | | |

# Order of Discharge                                                        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Maria D Madrigal**
**aka Maria D Madrigal– Munoz, aka Maria**
**Madrigal**

April 23, 2021                **By the court:** _A. Jay Cristol_

                                         A. Jay Cristol
                                         United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**