CGFD28 (10/01/16)



**ORDERED in the Southern District of Florida on May 4, 2021**

A. Jay Cristol
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 21-10569-AJC**

**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Maria D Madrigal
aka Maria D Madrigal- Munoz, aka Maria Madrigal
10491 SW 216 Street, Apt 207
Miami, FL 33190

SSN: xxx-xx-3752

# FINAL DECREE

The trustee, Jacqueline Calderin, having filed a final report that the estate has been fully administered, is discharged and the case is closed.